B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**SMY Media, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2798814** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**211 E. Ontario St., #900**<br>**Chicago, IL**<br>ZIP Code **60611** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**SMY Media, Inc.**

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **SMY Media, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ SCOTT R. CLAR**
Signature of Attorney for Debtor(s)
  **SCOTT R. CLAR  06183741**
Printed Name of Attorney for Debtor(s)
  **Crane, Heyman, Simon, Welch & Clar**
Firm Name
  **Suite 3705**
  **135 South LaSalle Street**
  **Chicago, IL 60603-4297**

Address

  **312-641-6777  Fax: 312-641-7114**
Telephone Number
  **June 28, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Gerald Grant III**
Signature of Authorized Individual
  **Gerald Grant III**
Printed Name of Authorized Individual
  **Executive Vice President**
Title of Authorized Individual
  **June 28, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **SMY Media, Inc.**

Debtor(s)

Case No. 

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Adams Outdoor<br>407 E. Ransom St.<br>Kalamazoo, MI 49007 | Adams Outdoor<br>407 E. Ransom St.<br>Kalamazoo, MI 49007 | | | 33,660.00 |
| Arbitron Inc.<br>9705 Patuxant Woods Drive<br>Columbia, MD 21046-1572 | Arbitron Inc.<br>9705 Patuxant Woods Drive<br>Columbia, MD 21046-1572 | | | 31,119.00 |
| Bauer Publishing<br>Attn: Richard Teehan, SVP Finance<br>270 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2521 | Bauer Publishing<br>Attn: Richard Teehan, SVP Finance<br>270 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2521 | | | 33,723.32 |
| CBS Radio<br>40 W. 57th Street<br>New York, NY 10019 | CBS Radio<br>40 W. 57th Street<br>New York, NY 10019 | | | 42,500.00 |
| Gannett Company, Inc.<br>7950 Jones Branch Drive<br>Mc Lean, VA 22107 | Gannett Company, Inc.<br>7950 Jones Branch Drive<br>Mc Lean, VA 22107 | | | 44,574.25 |
| KTVK TV<br>555 N. 7th Ave.<br>Phoenix, AZ 85013 | KTVK TV<br>555 N. 7th Ave.<br>Phoenix, AZ 85013 | | | 24,990.00 |
| LIN TV Corp.<br>One West Exchange Street, Suite 5A<br>Providence, RI 02903 | LIN TV Corp.<br>One West Exchange Street, Suite 5A<br>Providence, RI 02903 | WANE TV, WFLI TV, WOOD TV | | 25,005.96 |
| LIN TV Corp.<br>One West Exchange Street Suite 5A<br>Providence, RI 02903 | LIN TV Corp.<br>One West Exchange Street Suite 5A<br>Providence, RI 02903 | May have interest in WANE TV, WFLI TV and WOOD TV | | 25,005.96 |
| Northwestern Memorial Hospital<br>Attn: Paula Gazarkiewicz<br>251 E. Huron St.<br>Chicago, IL 60611-2908 | Northwestern Memorial Hospital<br>Attn: Paula Gazarkiewicz<br>251 E. Huron St.<br>Chicago, IL 60611-2908 | Unit: 1792-900-CU | | 83,068.95 |
| Southern Progress<br>2100 Lakeshore Dr.<br>Birmingham, AL 35209 | Southern Progress<br>2100 Lakeshore Dr.<br>Birmingham, AL 35209 | All You<br>Teen People | | 84,320.21 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **SMY Media, Inc.**  Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| STRATA Marketing Inc.<br>30 W. Monroe St., #1900<br>Chicago, IL 60603 | STRATA Marketing Inc.<br>30 W. Monroe St., #1900<br>Chicago, IL 60603 | | | 40,054.00 |
| The Lamar Companies<br>5551 Corporate Blvd.<br>Suite 2-A<br>Baton Rouge, LA 70808 | The Lamar Companies<br>5551 Corporate Blvd.<br>Suite 2-A<br>Baton Rouge, LA 70808 | | | 49,851.06 |
| Titan Outdoor<br>125 S. Wacker Dr., #1910<br>Chicago, IL 60606 | Titan Outdoor<br>125 S. Wacker Dr., #1910<br>Chicago, IL 60606 | | | 35,000.00 |
| WBBM-AM<br>Two Prudential Plaza, #1100<br>Chicago, IL 60601 | WBBM-AM<br>Two Prudential Plaza, #1100<br>Chicago, IL 60601 | | | 53,843.17 |
| WFLD TV<br>205 N. Michigan Ave.<br>Chicago, IL 60601 | WFLD TV<br>205 N. Michigan Ave.<br>Chicago, IL 60601 | | | 37,775.00 |
| WFLI TV<br>2605 Yeager Road<br>Lafayette, IN 47905 | WFLI TV<br>2605 Yeager Road<br>Lafayette, IN 47905 | | | 31,400.00 |
| WFTV TV<br>490 E. South St.<br>Orlando, FL 32801 | WFTV TV<br>490 E. South St.<br>Orlando, FL 32801 | | | 54,910.00<br>(0.00 secured) |
| WSB TV<br>1601 W. Peachtree St. NE<br>Atlanta, GA 30309 | WSB TV<br>1601 W. Peachtree St. NE<br>Atlanta, GA 30309 | | | 73,950.00 |
| WSCR-AM<br>22603 Network Place<br>Chicago, IL 60673-1226 | WSCR-AM<br>22603 Network Place<br>Chicago, IL 60673-1226 | | | 30,485.30 |
| WTVD TV<br>411 Liberty Street<br>Durham, NC 27701 | WTVD TV<br>411 Liberty Street<br>Durham, NC 27701 | | | 26,860.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Executive Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **June 28, 2010**  Signature  **/s/ Gerald Grant III**
**Gerald Grant III**
**Executive Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Adams Outdoor<br>407 E. Ransom St.<br>Kalamazoo, MI 49007 | Bovine Veterinarian<br>10901 W. 84th Terrace<br>Lexena, KS 66214 | ePelmar USA Corp<br>470 Park Avenue South ; 15th Floo<br>New York, NY 10016 |
| Agri-View<br>2001 Fish Hatchery Road<br>Madison, WI 53713-1248 | Business Update<br>2150 44th St., Suie 202<br>Grand Rapids, MI 49508 | Flint Journal<br>200 East First St.<br>Flint, MI 48502-1925 |
| AMEX Loan | Butler, Robbins and White<br>5701 Pine Island Road, Suite 360<br>Attn: Ms. Bernard<br>Fort Lauderdale, FL 33321 | FoodNetwork.com<br>TVFood/Scripps Networks<br>9721 Sherrill Blvd.<br>Knoxville, TN 37932 |
| Arbitron Inc.<br>9705 Patuxant Woods Drive<br>Columbia, MD 21046-1572 | Capital Newspapers<br>1901 Fish Hatchery Road<br>Madison, WI 53713 | Gannett Company, Inc.<br>7950 Jones Branch Drive<br>Mc Lean, VA 22107 |
| Atlas & Leviton<br>950 Milwaukee Ave.<br>Suite 224<br>Glenview, IL 60025 | CBS Outdoor<br>405 Lexington Ave.<br>New York, NY 10174 | Gfk MRI<br>75 Ninth Ave., 5th Floor<br>New York, NY 10011 |
| Austin Relocation Guide<br>ARG Publishing<br>4515 Seton Center Pkwy, #240<br>Austin, TX 78759 | CBS Radio<br>40 W. 57th Street<br>New York, NY 10019 | Grant Broadcasting Systems II/WFXR TV<br>915 Middle River Dr. Ste. 409<br>Fort Lauderdale, FL 33304 |
| Bauer Publishing<br>Attn: Richard Teehan, SVP Finance<br>270 Sylvan Ave.<br>Englewood Cliffs, NJ 07632-2521 | Cedric W. Jones<br>Senior Manager-Property Operations<br>211 E. Ontario St., #1425<br>Chicago, IL 60611 | Gray Television, Inc.<br>126 N. Washington Street<br>Albany, GA 31701 |
| Belco Corp.<br>400 South Record Street<br>San Diego, CA 92111 | Cheifetz Iannitelli Marcolini, P.C.<br>1850 N. Central Ave.<br>19th Floor<br>Phoenix, AZ 85004 | Hearst Television, Inc.<br>300 West. 57th Street<br>New York, NY 10019-3789 |
| Belleville News-Democrat<br>McClatchy Company<br>2100 Q Street<br>Sacramento, CA 95816-6899 | Dairy Business Communications<br>A Multi Ag Media LLC Company<br>6437 Collamer Road<br>East Syracuse, NY 13057-1031 | Hoard's Dairyman<br>W.D. Hoard & Sons Co.<br>28 Milwaukee Ave. West<br>Fort Atkinson, WI 53538 |
| Booth Newspapers, Inc.<br>155 michigan Street NW<br>Grand Rapids, MI 49503 | Disney/ABC (WTVD)<br>Raleigh<br>319 Fayetteville St., Ste. 107<br>Raleigh, NC 27601 | IN Petroleum & Convenience Store Assoc.<br>115 W. Washington St., Ste. 1690<br>Indianapolis, IN 46204 |

| | | |
|---|---|---|
| Innovative Publishing Ink<br>10629 Henning Way, Suite 8<br>Louisville, KY 40241 | KPNX TV<br>1101 N. Central Ave.<br>Phoenix, AZ 85004 | Lock Lord Bissell & Liddell LLP<br>111 S. Wacker Dr.<br>Chicago, IL 60606 |
| InStyle.com<br>303 E. Ohio St., Suite 2200<br>Chicago, IL 60611 | KRRW-FM<br>Highway 430 North<br>Saint James, MN 56081 | McClatchy Company<br>2100 Q Street<br>Sacramento, CA 95816-6899 |
| International Demographics Inc.<br>10333 Richmond Ave., #200<br>Houston, TX 77042 | KTVK TV<br>555 N. 7th Ave.<br>Phoenix, AZ 85013 | Media General, Inc.<br>333 E. Franklin Street<br>Richmond, VA 23219 |
| Investcorp/Source Media<br>280 Park Avenue<br>New York, NY 10017 | Labels & Labeling<br>16985 W. Bluemound Rd., #210<br>Brookfield, WI 53005 | Mel Wheeler, Inc.<br>3934 Electric Road, Suite 101<br>Roanoke, VA 24018 |
| IPCA Insider Report<br>101 W. Washington St., Suite 805E<br>Indianapolis, IN 46204-3413 | Lamar<br>2745 Locust St., First Floor<br>Saint Louis, MO 63103 | Meredith Corp.<br>1716 Locust Street<br>Des Moines, IA 50309-3023 |
| James Ingstad Broadcasting<br>1020 25th St S<br>Fargo, ND 58103-2312 | Lamar<br>3639 Cass Road<br>Traverse City, MI 49684 | Morris Communications<br>725 Broad Street<br>Augusta, GA 30901 |
| KNGC-AM<br>3505 Olsen Blvd., Suite 117<br>Amarillo, TX 79118-0710 | LIN TV Corp.<br>One West Exchange Street<br>Suite 5A<br>Providence, RI 02903 | Morris Multimedia<br>27 Abercorn<br>Savannah, GA 31401 |
| KNUJ-AM<br>317 N. Minnesota<br>New Ulm, MN 56073 | LIN TV Corp.<br>One West Exchange Street, Suite 5A<br>Providence, RI 02903 | Newport Television LLC<br>460 Nichols Rd.<br>Suite 250<br>Kansas City, MO 64112 |
| KOLD TV<br>7831 N. Business Park Drive<br>Tucson, AZ 85743 | Linder Radio Group<br>255 Cedardale Ave.<br>Owatonna, MN 55060 | Newport Television, LLC<br>460 Nichols Rd.<br>Suite 250<br>Kansas City, MO 64112 |
| KPHO TV<br>4016 Black Canyon<br>Phoenix, AZ 85017 | Local TV LLC<br>1717 Dixie Highway<br>Suite 650<br>Ft. Wright, KY 41011 | newstribune.com<br>1950 S. State St.<br>Tacoma, WA 98411 |

Nielsen Media Research
150 N. Martingale Road
Schaumburg, IL 60173-2076

SQAD, Inc.
303 S. Broadway, Suite 210
Tarrytown, NY 10591-5410

Titan Outdoor
125 S. Wacker Dr., #1910
Chicago, IL 60606

Northwestern Memorial Hospital
Attn: Paula Gazarkiewicz
251 E. Huron St.
Chicago, IL 60611-2908

St. Louis Post-Dispatch Publishing
900 Tucker Blvd.
Saint Louis, MO 63101-1099

Tribune Co.
435 N. Michigan Ave.
Chicago, IL 60611

Office of the General Counsel
240 W. Ontario St., Suite 500
Chicago, IL 60611

Stein & Rotman
Attn: Stuart Stein
105 W. Madison St.
Chicago, IL 60602-4672

Univision
3102 Oak Lawn Ave.
Suite 215
Dallas, TX 75219

RachelRayMag
c/o Readers Digest Assoc.
Reader's Disgest Rd.
Pleasantville, NY 10570-7000

Stein & Rotman
105 W. Madison St.
Attn: Stuart Stein
Chicago, IL 60602-4672

US Banker
SourceMedia
55 Broadway, 10th Floor
New York, NY 10006

Raycom Media, Inc.
RSA Tower, 20th Floor
201 Monroe Street
Montgomery, AL 36104

Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4672

WANE TV
2915 W. State Blvd.
Fort Wayne, IN 46808

Rubel & Flitman
Certified Public Accountants
550 Frontage Road
Northfield, IL 60093

STRATA Marketing Inc.
30 W. Monroe St., #1900
Chicago, IL 60603

Waterman Broadcasting Corp.
3719 Central Ave.
Fort Myers, FL 33901

Sarkes-Tarzian, Inc.
400 City Ctr
Bloomington, IN 47404

Suburban Journals of Greater
St. Louis
#2 Executive Drive
Collinsville, IL 62234

WAWS TV
11700 Central Parkway, #2
Jacksonville, FL 32224

Seattle's Child
Daily Herald Publications
4303 198th St. SW
Lynnwood, WA 98036

Teller Levit & Silvertrust, P.C.
11 E. Adams St., 8th Floor
Chicago, IL 60603

WAXN TV
1901 N. Tryon St.
Charlotte, NC 28206

Siete Dias
12005 NE 12th St.
Bellevue, WA 98005

The Lamar Companies
5551 Corporate Blvd.
Suite 2-A
Baton Rouge, LA 70808

WBBH TV
3719 Central Ave.
Fort Myers, FL 33901

Southern Progress
2100 Lakeshore Dr.
Birmingham, AL 35209

Time Warner, Inc.
1271 Avenue of the Americas
New York, NY 10020-1393

WBBM-AM
Two Prudential Plaza, #1100
Chicago, IL 60601

WCBD TV
210 W. Coleman Blvd.
Mount Pleasant, SC 29464

Windham Professionals
382 Main St.
Salem, NH 03079-2412

WPBF-TV
3970 RCA Boulevard, #7007
Palm Beach Gardens, FL 33410

WCBI TV
1 Television Place
Charlotte, NC 28205

WLS TV
190 N. State St., 10th Floor
Chicago, IL 60601

WPEC-TV
1100 Fairfield Dr.
West Palm Beach, FL 33407

WCCB TV
1 Television Place
Charlotte, NC 28205

WLTX TV
6027 Garners Ferry Road
Columbia, SC 29209

WPMI-TV
661 Azalea Rd.
Mobile, AL 36609

WDEF-AM
2615 Broad St.
Chattanooga, TN 37402

WNCN-TV
1205 Front St.
Raleigh, NC 27609

WRCB TV
900 Whitehall Rd.
Chattanooga, TN 37405

WFLA TV
200 S. Parker St.
Tampa, FL 33606

WNDU-TV
54516 State Road 933
South Bend, IN 46637

WREV TV
11700 Central Parkway, #2
Jacksonville, FL 32224

WFLD TV
205 N. Michigan Ave.
Chicago, IL 60601

WOGT-FM
821 Pineville Rd.
Chattanooga, TN 37405

WRVA TV
1359 Rd. 681
Tupelo, MS 38801

WFLI TV
2605 Yeager Road
Lafayette, IN 47905

WOJO-FM
625 N. Michigan AVe., 3rd Floor
Chicago, IL 60601

WSB TV
1601 W. Peachtree St. NE
Atlanta, GA 30309

WFTV
c/o Weltman, Weinberg & Reis
180 North LaSalle Street, Ste. 2400
Chicago, IL 60601

WOLO-TV
5807 Shakespeare Rd
Columbia, SC 29223-7209

WSCR-AM
22603 Network Place
Chicago, IL 60673-1226

WFTV TV
490 E. South St.
Orlando, FL 32801

Woman's Lifestyle Magazine
820 Monroe, NW, Suite 320
Grand Rapids, MI 49503

WSET TV
2320 Landhorne Rd.
Lynchburg, VA 24501

WFXR TV
2618 Colonial Ave. SW
Roanoke, VA 24015

WOOD-TV
120 College Ave. SE
Grand Rapids, MI 49503

WSKZ-FM
821 Pineville Rd.
Chattanooga, TN 37405

WSLS TV
401 3rd Street
Roanoke, VA 24011

WZVN TV
3719 Central Ave.
Fort Myers, FL 33901

WSOC TV
1901 North Tryon Street
Charlotte, NC 28206

WZZM-TV
8253 Ronson Road
Grand Rapids, MI 49544

WTEV TV
1070 E. Adams St.
Jacksonville, FL 32202

XETV TV
8253 Ronson Road
San Diego, CA 92111-2066

WTVA, Inc.
1959 Rd 681
Tupelo, MS 38801

WTVC TV
4279 Benton Dr.
Chattanooga, TN 37406

WTVD TV
411 Liberty Street
Durham, NC 27701

WTVT TV
3213 W. Kennedy Blvd.
Tampa, FL 33609

WUSY-FM
7413 Old Lee Highway
Chattanooga, TN 37421

WWL TV
1024 North Rampart St.
New Orleans, LA 70116

WWMT-TV
590 W. Maple St.
Kalamazoo, MI 49008