IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-28793 |
| SMY MEDIA, INC, an Illinois corporation, | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| debtor/debtor-in-possession. | ) | |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE that on the 27th day of September, 2011, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in room 742 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR FINAL DECREE,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar_____
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the 31st day of August, 2011 before the hour of 5:00 p.m.

/s/Scott R. Clar_____

# SERVICE LIST

United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash Av., #2700
Chicago, IL 60611

Rick Sulkowski
Weltman Weinberg & Reis Co., LPA
180 N. LaSalle St., #2400
Chicago, IL 60601

Stuart Stein
Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4672

Howard Stotland
Teller Levit & Silvertrust, PC
11 E. Adams St., #800
Chicago, IL 60630

Karen Bingham
Gerald Grant, III
SMY Media, Inc.
211 E. Ontario St., #900
Chicago, IL 60611

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          )
                                                )    Case No. 10-28793
SMY MEDIA, INC, an Illinois corporation,        )    Chapter 11
                                                )    Judge Carol A. Doyle
          debtor/debtor-in-possession.          )

## MOTION FOR ENTRY OF FINAL DECREE

Now comes SMY MEDIA, INC, an Illinois corporation, confirmed debtor herein
("Debtor"), by its attorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch
& Clar, and in support of his Motion for Entry of Final Decree, respectfully states as follows:


1.      On June 28, 2010, the Debtor filed a voluntary petition for relief under
Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.      Since the Petition Date, and continuing through and including confirmation
of the Debtor's Plan on April 21, 2011, the Debtor has operated its business and managed
its financial affairs as a debtor-in-possession.  (Check date)

3.      No committee of unsecured creditors, trustee or examiner has been
appointed to serve in the Debtor's reorganization case.

4.      The Debtor is an Illinois corporation operates a media planning and buying
business, and is located at 211 E. Ontario St., Suite 900, Chicago, Illinois 60611.

5.      The Debtor's Plan has been substantially consummated within the meaning
of Section 1101(2) of the Bankruptcy Code.  Unsecured creditors have received their first
distribution under the Plan, and the Debtor has also made payments to Northwestern
Memorial Hospital pursuant to an Agreed Order assuming the Debtor's lease with

Northwestern Memorial Hospital and curing the pre-petition arrearage thereunder.

6.    The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, SMY MEDIA, INC, an Illinois corporation, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully Submitted,

SMY MEDIA, INC,
debtor/debtor-in-possession

By:  /s/ Scott R. Clar

**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo\SMY Media\Final Decree.mot and NOM.wpd