# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-28793 |
| SMY MEDIA, INC, | ) | |
| an Illinois corporation, | ) | Chapter 11 |
| | ) | |
| debtor/debtor-in-possession. | ) | Judge Carol A. Doyle |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 11th day of October, 2011 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in the room usually occupied by her as courtroom 742 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **Motion of the Law Firm of Crane, Heyman, Simon, Welch & Clar as Debtor's Counsel for Allowance and Payment of Final Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Scott R. Clar
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

## CERTIFICATE OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF COOK | ) |

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Notice of Motion to be served on all the parties listed on the attached service list via first class mail, properly addressed, postage pre-paid, on the 12th day of September, 2011, before the hour of 5:00 p.m.

/s/Scott R. Clar

# SERVICE LIST

Denise DeLaurent
United States Trustee
Dirksen Federal Building
219 South Dearborn St., Suite 873
Chicago, IL 60604

William J. Serritella, Jr.
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, #1700
Chicago, IL 60611

Rick Sulkowski
Weltman Weinberg & Reis Co., LPA
180 N. LaSalle St., #2400
Chicago, IL 60601

Stuart Stein
Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4672

Howard Stotland
Teller Levit & Silvertrust, PC
11 E. Adams St., #800
Chicago, IL 60630

SMY Media, Inc.
Gerald Grant, III
Karen Sheridan
211 E. Ontario St., Ste. 900
Chicago, IL 60611

Michael D. Weis
Williams, Bax & Saltzman, P.C.
221 N. LaSalle St., #3700
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                              )
                                                    )   Case No. 10-28793
SMY MEDIA, INC, an Illinois corporation,            )   Chapter 11
                                                    )   Judge Carol A. Doyle
        debtor/debtor-in-possession.                )

COVER SHEET FOR APPLICATION FOR
PROFESSIONAL COMPENSATION

Name of Applicant: CRANE, HEYMAN, SIMON, WELCH & CLAR, Debtor's Counsel

Authorized to Provide
Professional Services to: Debtor

Date of Order
Authorizing Employment:   July 15, 2010

Period for Which Compensation
is Sought:  From: June 28, 2010   through August 27, 2011

Amount of Fees Sought: $34,902.50

Amount of Expense
Reimbursement Sought:  $2,634.10

This is a(n):  Interim Application  __   Final Application  X
If this is not the first Application filed herein by this professional, disclose as to all prior
fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed |
|---|---|---|---|
| | None | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and
expenses herein is: $16,039.00 (retainer) to be credited against interim allowance.

Date: September 12, 2011          Applicant:      Scott R. Clar and the firm
                                                  Crane, Heyman, Simon, Welch & Clar

                                                  By:  /s/Scott R. Clar
                                                       Debtor's Counsel

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )
                                          )      Case No. 10-28793
SMY MEDIA, INC, an Illinois corporation,  )      Chapter 11
                                          )      Judge Carol A. Doyle
        debtor/debtor-in-possession.      )

## NOTICE OF HEARING ON MOTION FOR FINAL ALLOWANCE
## OF INTERIM COMPENSATION AND REIMBURSEMENT OF
## EXPENSES TO DEBTOR'S COUNSEL

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on September 12, 2011, the Debtor filed a Motion
for Allowance and Payment of Final Compensation and Reimbursement of Expenses
for the Debtor's Counsel, Crane, Heyman, Simon, Welch & Clar  (the "Motion"), thereby
requesting the sum of $34,902.50 for legal services rendered to the Debtor for the
period commencing June 28, 2010 through and including August 27, 2011,  plus costs
advanced for the same period in the sum of $2,643.10.

PLEASE TAKE FURTHER NOTICE that any person objecting to the Motion, is
directed to file their objection(s) in writing with the Clerk of the United States Bankruptcy
Court, 219 South Dearborn Street, Chicago, Illinois 60604, on or before the hour of 4:30
p.m., on the **7**th **day of October, 2011**, with a copy of said objection(s) to be
simultaneously served upon Jeffrey C. Dan, Crane, Heyman, Simon, Welch & Clar, 135
South LaSalle, Suite 3705, Chicago, Illinois 60603.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion, together with
objections timely filed, if any, will be held before the Honorable Carol A. Doyle,
Bankruptcy Judge, Courtroom No. 742, 219 South Dearborn Street, Chicago, Illinois, on
the **11**th **day of October, 2011**, at the hour of **10:00 a.m.**, at which time and place you
may appear if you so see fit.

DATED:  September 12, 2011

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\SMY Media\Fee Notice.wpd

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 10-28793 |
| SMY MEDIA, INC, an Illinois corporation, | ) | Chapter 11 |
| | ) | Judge Carol A. Doyle |
| debtor/debtor-in-possession. | ) | |

## MOTION OF THE LAW FIRM OF CRANE, HEYMAN, SIMON, WELCH & CLAR AS DEBTOR'S COUNSEL FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

NOW COMES CRANE, HEYMAN, SIMON, WELCH & CLAR ("CHSWC"), bankruptcy counsel for SMY MEDIA, INC, confirmed debtor herein ("Debtor"), and for its Motion pursuant to Sections 327 and 330 of the Bankruptcy Code for allowance and payment of final compensation and reimbursement of expenses, respectfully states as follows:

**Introduction**

1.      On June 28, 2010, the Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtor operated its business and managed its financial affairs as debtor-in-possession through and including April 21, 2011, when the Debtor's First Amended Plan of Reorganization ("Plan") was confirmed.  No trustee, examiner or committee of unsecured creditors has been appointed to serve in the Debtor's Chapter 11 case.

-1-

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

4.      This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b).

5.      The statutory predicates for the relief requested in this Motion are Sections 327 and 330 of the Bankruptcy Code.

6.      The Debtor is an Illinois corporation that operates a media planning and buying business, and is located at 211 E. Ontario St., Suite 900, Chicago, Illinois 60611.

7.      The Debtor's Plan was confirmed on April 21, 2011, and the Debtor has commenced distributions to its creditors pursuant to the Plan.

**The CHSWC Motion for Final Compensation**

8.      On July 15, 2010, the Debtor employed CHSWC as its bankruptcy counsel. CHSWC has continued to provide services to the Debtor in connection with multiple matters since the Petition Date.

9.      By this Motion, CHSWC requests an allowance of final compensation and reimbursement of expenses in the amounts of $34,902.50 and $2,634.10, respectively, for services rendered during the period commencing June 28, 2010 through and including August 27, 2011, and a direction to the Debtor to pay fees and expenses in excess of the pre-petition retainer received by CHSWC, which was $16,039.00, including the Chapter 11 filing fee of $1,039.  CHSCW did not receive any post-petition compensation from the Debtor.

-2-

## CHSWC BIOGRAPHICAL INFORMATION

10.     CHSWC is a law firm whose practice is almost exclusively concentrated in the fields of bankruptcy, insolvency and commercial matters.  The firm is comprised of six (6) members and one (1) associate, all of whom have significant experience and expertise in the law firm's area of concentration.  The following is certain biographical information pertaining to Scott R. Clar and John H. Redfield, the members and associate of the law firm who have rendered a significant amount of services in this case.

## SCOTT R. CLAR

Scott R. Clar is a member of the law firm of Crane, Heyman, Simon, Welch & Clar, and has been a practicing attorney in the State of Illinois since 1982.  He has been primarily responsible for the representation of the Trustee in this case.  From January 1985, through September 1986, he was employed as a staff attorney with the United States Trustee's Office in the Northern District of Illinois, where he administered over 200 Chapter 11 cases, as well as supervised Chapter 7 panel trustees.  From September 1986, through December 1987, he was employed by the law firm of Adelman & Gettleman, Ltd., where he continued to practice in the areas of bankruptcy and insolvency related matters. In January 1988, he became associated with Dannen, Crane, Heyman & Simon, predecessor to CHSWC, and became a partner in 1994.  His practice is concentrated in the field of bankruptcy, having represented Chapter 7 and Chapter 11 debtors, trustees, unsecured creditors' committees and various creditors. Mr. Clar has been a panel member and a moderator for several bar association-sponsored bankruptcy seminars.  He is a

-3-

member of the Federal Trial Bar.  He is a former Chairman of the Chicago Bar Association Committee on Bankruptcy and Reorganization.

## JOHN H. REDFIELD

John H. Redfield has been practicing law in the State of Illinois since 1976.  He is also licensed to practice law in the Northern District of Illinois, the Eastern District of Wisconsin and the Seventh Circuit Court of Appeals.  Mr. Redfield is a certified public accountant and holds a Masters Degree in taxation from DePaul University College of Law. He graduated from law school with honors.  He has represented taxpayers before the United States Tax Court and the Internal Revenue Service.  He also acted as a tax consultant for corporate, personal and estate tax planning purposes.

Mr. Redfield was a law clerk for a United States Bankruptcy Judge and assisted the Judge in writing legal opinions.  He was appointed as trustee by Bankruptcy Judges under the bankruptcy act and served on the panel of trustees after the passage of the bankruptcy code.  He was the bankruptcy trustee of Rosen's Bakery, Inc., and Couzens Warehouse, Inc., which were two of his larger trusteeships.  He also operated businesses as a trustee under Chapter 11.

Mr. Redfield has concentrated in bankruptcy since 1976 including the representation of debtors in Chapter 7, 11 and 13 cases.  He has also represented creditor committees, landlords and secured creditors.  Mr. Redfield also has prosecuted and defended numerous preference, fraudulent transfer and dischargeability cases during his legal career including appeals.

In addition, Mr. Redfield has been a speaker for the Practicing Law Institute and has lectured on bankruptcy law before numerous trade organizations.

11.     The hourly rates charged by CHSWC for legal services rendered in this bankruptcy case are as follows:

| Attorney | 2010 Rate | 2011 Rate |
|---|---|---|
| Eugene Crane ("EC") | $475.00 | $485.00 |
| Arthur G. Simon ("AGS") | $435.00 | $435.00 |
| David K. Welch ("DKW") | $435.00 | $435.00 |
| Scott R. Clar ("SRC") | $435.00 | $435.00 |
| Jeffrey C. Dan ("JCD") | $350.00 | $375.00 |
| John H. Redfield ("JHR") | $350.00 | $360.00 |

These hourly rates are the customary and usual rates which CHSWC charges clients on matters of this nature.

12.     The total time expended by CHSWC attorneys in connection with this Chapter 11 case during the period  commencing June 28, 2010 through and including August 27, 2011 is as follows:

| Attorney | Hours |
|---|---|
| Eugene Crane ("EC") | .9 |
| Glenn R. Heyman ("GRH") | --- |
| Arthur G. Simon ("AGS") | 2.6 |
| David K. Welch ("DKW") | --- |
| Scott R. Clar ("SRC") | 69.8 |
| Jeffrey C. Dan ("JCD") | .8 |
| John H. Redfield ("JHR") | 5.2 |
| Total: | 80.0 |

## LEGAL SERVICES RENDERED

13.     The legal services rendered by CHSWC, as more fully described in Exhibits A through E, have been divided into the following categories:

A.     **GENERAL ADMINISTRATION**

The legal services rendered in this category include the preparation of motions with respect to administration of the

-5-

case, including employment motions for CHSWC, preparation of bankruptcy schedules and statement of financial affairs, attendance at meeting of creditors, as well as the preparation of utility motions for the Debtor and other purely administrative matters.

Total Time Expended:     19.8 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Eugene Crane (EC) | .9 | $475.00 | $427.50 |
| Scott R. Clar (SRC) | 15.6 | $435.00 | 6,786.00 |

| Attorney | Hours | 2011 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 3.3 | $450.00 | $1,485.00 |
| **Total** | **19.8** | | **8,698.50** |

Attached to this Motion as Exhibit "A" is an itemization of the legal services rendered in this category.

B.     **MATTERS CONCERNING CASH COLLATERAL**

Legal services in this category relate to matters concerning the negotiation of an agreement to use cash collateral with judgment lien creditor.

Total Time Expended:     10.6 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | 1.4 | $435.00 | $ 609.00 |
| Scott R. Clar (SRC) | 9.2 | $435.00 | 4,002.00 |
| **Total** | **10.6** | | **$4,611.00** |

Attached to this Motion as Exhibit "B" is an itemization of the legal services rendered in this category.

C.     **MATTERS CONCERNING CITATION ISSUES**

Legal services rendered in this category are services rendered by CHSWC in connection with pre-petition judgment lien

-6-

creditors of the Debtor, including release of the debtor's bank account.

    Total Time Expended:    4.0 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Arthur G. Simon (AGS) | 1.2 | $435.00 | $ 522.00 |
| Scott R. Clar (SRC) | 2.8 | $435.00 | 1,218.00 |
| **Total** | **4.0** | | **$1,740.00** |

Attached to this Motion as Exhibit "C" is an itemization of the legal services rendered in this category.

D.    **MATTERS CONCERNING LEASE WITH NORTHWESTERN MEMORIAL HOSPITAL ("NMH")**

CHSWC negotiated an assumption of the Debtor's lease with NMH, including an agreement to cure the pre-petition arrearage owed to NMH. The Debtor has reduced the pre-petition arrearage owed to NMH on a monthly basis.

    Total Time Expended:    4.0 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 1.2 | $435.00 | $522.00 |

| Attorney | Hours | 2011 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 2.0 | $450.00 | $900.00 |
| Jeffrey C. Dan (JCD) | .8 | $375.00 | $300.00 |
| **Total** | **4.0** | | **$1,722.00** |

Attached to this Motion as Exhibit "D" is an itemization of the legal services rendered in this category.

E.    **PLAN AND DISCLOSURE STATEMENT**

The legal services rendered in this category relate to CHSWC's drafting of a plan, disclosure statement, first amended plan and first amended disclosure statement which plan was confirmed by this Court on April 21, 2011. CHSWC

-7-

attended hearings concerning adequacy of the disclosure statement and confirmation of the plan, preparation of a ballot package and other matters concerning confirmation of the plan.

Total Time Expended:    26.4 hours

| Attorney | Hours | 2010 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 3.4 | $435.00 | $1,479.00 |
| Jeffrey C. Dan (JCD) | .7 | 350.00 | 245.00 |

| Attorney | Hours | 2011 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 18.1 | $450.00 | $8,145.00 |
| John H. Redfield (JHR) | 4.2 | $360.00 | 1,512.00 |
| **Total** | **26.4** | | **$11,381.00** |

Attached to this Motion as Exhibit "E" is an itemization of the legal services rendered in this category.

F.    **PREPARATION OF MOTION FOR FINAL COMPENSATION**

CHSWC expended time preparing and filing this Motion.

Total Time Expended:    5.2 hours

| Attorney | Hours | 2011 Rate | Amount |
|---|---|---|---|
| Scott R. Clar (SRC) | 5.2 | $450.00 | $2,340.00 |
| **Total** | **5.2** | | **$2,340.00** |

Attached to this Motion as Exhibit "F" is an itemization of the legal services rendered in this category.

G.    **CLAIMS OBJECTIONS**

CHSWC conferred with the Debtor's principals regarding objections to claims, prepared claims objections, negotiated agreed orders resolvig claims and appeared in Court concerning the claims objections.

Total Time Expended:    10.0 hours

-8-

| Attorney | Hours | 2011 Rate | Amount |
|----------|-------|-----------|--------|
| Scott R. Clar (SRC) | 9.0 | $450.00 | $4,050.00 |
| John H. Redfield (JHR) | 1.0 | 360.00 | 360.00 |
| **Total** | **10.0** | | **$4,410.00** |

Attached to this Motion as Exhibit "G" is an itemization of the legal services rendered in this category.

## EXPENSES INCURRED

14.    During the course of the representation of the Debtor, CHSWC has incurred necessary expenses for which reimbursement is sought.   The total amount of these expenses for the period commencing June 28, 2010 through and including August 27, 2011 is $2,634.10.   Attached to this motion as **Exhibit H** is an itemization of the expenses incurred.

## CONCLUSION

15.    Other than as provided in Section 504(b) of the Bankruptcy Code, CHSWC has not shared, or agreed to share, any compensation received as a result of this case with any person, firm or entity.   No promises concerning compensation have been made to CHSWC by any person, firm or entity.

16.    CHSWC asserts that the final compensation requested in this Motion is reasonable compensation for the actual and necessary legal services rendered, based upon the time, nature, extent and value of such legal services.   CHSWC further asserts that the cost of legal services rendered for and on behalf of the Debtor is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

-9-

17.     CHSWC asserts that the expenses for which reimbursement is sought in this Motion are reasonable and were actual and necessary expenditures required in the representation of the Debtor.

WHEREFORE, for the foregoing reasons, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch & Clar, counsel for the Debtor, prays for the entry of an order pursuant to Section 330 of the Bankruptcy Code, as follows:

a)     Allowing final compensation and reimbursement of expenses to CHSWC in the amounts of $34,902.50 and $2,634.10, respectively for services provided and expenses incurred from the period commencing June 28, 2010 through and including August 27, 2011;

b)     Authorizing and directing payment by the Debtor to CHSWC of the sum of $34,902.50 less the sum of $16,039 received as a pre-petition retainer by CHSWC; and

c)     Granting such other relief as may be just and equitable.

SMY Media, Inc., an Illinois corporation
debtor/debtor-in-possession


By: /s/Scott R. Clar
     One of its attorneys

**DEBTOR'S COUNSEL**:
Scott R. Clar
(Atty. No. 06183741)
Crane, Heyman, Simon, Welch & Clar
135 South LaSalle Street, Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\MJO2\SMY Media\Pay CHSWC Final.mot and NOM.wpd

-10-