IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                          )
                                   )    Case No. 10-28793

SMY MEDIA, INC, an Illinois corporation,   )    Chapter 11
                                   )    Judge Carol A. Doyle

       debtor/debtor-in-possession.     )

## AMENDED NOTICE OF MOTION

TO:   See Attached Service List

    PLEASE TAKE NOTICE that on the **11th day of October, 2011**, at the hour of 10:00 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge, in room 742 of the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in her place and stead and shall present the **MOTION FOR FINAL DECREE,** a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

    AT WHICH TIME and place you may appear if you so see fit.

                         /s/Scott R. Clar
                         Crane, Heyman, Simon, Welch & Clar
                         135 S. LaSalle St., Suite 3705
                         Chicago, Illinois 60603
                         (312) 641-6777

## CERTIFICATE OF SERVICE

    The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Amended Notice and attached Motion was caused to be served via First Class Mail properly addressed and postage prepaid to all parties on the attached service list, on the13th day of September, 2011 before the hour of 5:00 p.m.

                         /s/Scott R. Clar

Label Matrix for local noticing
0752-1
Case 10-28793
Northern District of Illinois
Chicago
Tue Sep 13 14:35:11 CDT 2011

CBS Outdoor Inc
Cheifetz Iannitelli Marcolini P C
111 Monroe Street 17th Floor
Phoenix, AZ 85003-1742

Cole Taylor Bank, c/o William J. Serritella,
Aronberg Goldgehn Davis & Garmisa
330 N. Wabash, Suite 1700
Chicago, IL 60611-7765

SMY Media, Inc.
211 E. Ontario St., #900
Chicago, IL 60611-3279

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1704

AdOne
One Westbrook Corporate Center
Suite 600
Westchester, IL 60154-5712

Adams Outdoor
407 E. Ransom St.
Kalamazoo, MI 49007-3622

Agri-View
2001 Fish Hatchery Road
Madison, WI 53713-1255

All You Magazine
Time Inc
1271 Ave of Americas 5-51
New York, NY 10020-1300

American Express
PO Box 981535
El Paso, TX 79998-1535

American Express Travel Related Services
Co, Inc Corp Card
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Arbitron Inc.
9705 Patuxant Woods Drive
Columbia, MD 21046-1572

Atlas & Leviton
950 Milwaukee Ave.
Suite 224
Glenview, IL 60025-3778

Austin Relocation Guide
ARG Publishing
4515 Seton Center Pkwy, #240
Austin, TX 78759-5784

Bahakel Broadcasting (WDEF)
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Bauer Media Group, Inc.
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Bauer Publishing
Attn: Richard Teehan, SVP Finance
270 Sylvan Ave.
Englewood Cliffs, NJ 07632-2523

Belco Corp.
400 South Record Street
San Diego, CA 92111

Belleville News-Democrat
McClatchy Company
2100 Q Street
Sacramento, CA 95816-6899

Booth Newspapers, Inc.
155 michigan Street NW
Grand Rapids, MI 49503-2302

Bovine Veterinarian
10901 W. 84th Terrace
Lexena, KS 66214-1649

Business Update
2150 44th St., Suie 202
Grand Rapids, MI 49508-5322

Butler, Robbins and White
5701 Pine Island Road, Suite 360
Attn: Ms. Bernard
Fort Lauderdale, FL 33321-4400

CBS Outdoor
405 Lexington Ave.
New York, NY 10174-0002

CBS Radio
40 W. 57th Street
New York, NY 10019-4001

CBS Radio East
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Capital Newspapers
1901 Fish Hatchery Road
Madison, WI 53713-1248

Cedric W. Jones
Senior Manager-Property Operations
211 E. Ontario St., #1425
Chicago, IL 60611-3293

Cheifetz Iannitelli Marcolini, P.C.
111 Monroe Street 17th Floor
17th Floor
Phoenix, AZ 85003-1742

Cole Taylor Bank
20 S Clark St
Chicago, IL 60603-1802

Cox Broadcasting WSB-TV
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Dairy Business Communications
A Multi Ag Media LLC Company
6437 Collamer Road
East Syracuse, NY 13057-1558

Disney/ABC (WTVD)
Raleigh
319 Fayetteville St., Ste. 107
Raleigh, NC 27601-1392

Essence Magazine
Time Inc
1271 Ave of Americas 5-51
New York, NY 10020-1300

FOX Television Studios, Inc. (WFLD-TV)
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, Il 60602-4672

Flint Journal
200 East First St.
Flint, MI 48502-1925

FoodNetwork.com
TVFood/Scripps Networks
9721 Sherrill Blvd.
Knoxville, TN 37932-3330

Freedom Broadcasting of Michigan, Inc.
c/o Teller, Levit & Silvertrust, P.C.
11 East Adams - Suite 800
Chicago, IL 60603-6324

Gannett Company, Inc.
7950 Jones Branch Drive
Mc Lean, VA 22107-0001

Gerald Grant III
4200 W Lake Ave
Glenview, IL 60026-1472

Gfk MRI
75 Ninth Ave., 5th Floor
New York, NY 10011-7076

Grand Rapids Argyle TV -WZZM 13
c/o Stein & Rotman
105 W. Madison St.
Chicago, Il 60602-4602

Grant Broadcasting Systems
II/WPXR TV
915 Middle River Dr. Ste. 409
Fort Lauderdale, FL 33304-3561

Gray Television Inc
(WNDU-TV)
126 N Washington St
Albany, GA 31701-2552

Gray Television Inc
126 N Washington Street
Albany, GA 31701-2552

Hearst Television, Inc.
300 West. 57th Street
New York, NY 10019-3789

Hoard's Dairyman
W.D. Hoard & Sons Co.
28 Milwaukee Ave. West
Fort Atkinson, WI 53538-2096

IN Petroleum & Convenience
Store Assoc.
115 W. Washington St., Ste. 1690
Indianapolis, IN 46204-3445

IPCA Insider Report
101 W. Washington St., Suite 805E
Indianapolis, IN 46204-3416

InStyle.com
303 E. Ohio St., Suite 2200
Chicago, IL 60611-3373

Innovative Publishing Ink
10629 Henning Way, Suite 8
Louisville, KY 40241-2085

Instyle Magazine
Time Inc
1271 Ave of Americas, 5-51
New York, NY 10020-1300

Inter-Tel Leasing Inc
1140 W Loop North
Houston, TX 77055-7218

International Demographics Inc.
10333 Richmond Ave., #200
Houston, TX 77042-4142

Investcorp/Source Media
280 Park Avenue
New York, NY 10017-1216

James Ingstad Broadcasting
1020 25th St S
Fargo, ND 58103-2312

KNGC-AM
3505 Olsen Blvd., Suite 117
Amarillo, TX 79109-3096

KNUJ-AM
317 N. Minnesota
New Ulm, MN 56073-1876

KOLD TV
7831 N. Business Park Drive
Tucson, AZ 85743-9622

KPHO TV
4016 Black Canyon
Phoenix, AZ 85017-4792

KPNX TV
1101 N. Central Ave.
Phoenix, AZ 85004-1818

KRRW-FM
Highway 430 North
Saint James, MN 56081

KTVK TV
555 N. 7th Ave.
Phoenix, AZ 85013

KTVK, INC.
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Karen Sheridan
2424 N Kedzie Blvd
Chicago, IL 60647-2633

LIN TV Corp.
One West Exchange Street
Suite 5A
Providence, RI 02903-1064

LIN Television
C/O Atlas & Leviton
1701 Golf Rd., Suite 2-100
Rolling Meadows, IL 60008-4247

Labels & Labeling
16985 W. Bluemound Rd., #210
Brookfield, WI 53005-5946

Lamar
2745 Locust St., First Floor
Saint Louis, MO 63103-1413

Lamar
3639 Cass Road
Traverse City, MI 49684-9153

Linder Radio Group
255 Cedardale Ave.
Owatonna, MN 55060-4425

Local TV LLC
1717 Dixie Highway
Suite 650
Ft. Wright, KY 41011-4706

Lock Lord Bissell & Liddell LLP
600 Travis Suite 2800
Houston, TX 77002-2914

McClatchy Company
2100 Q Street
Sacramento, CA 95816-6899

Media General, Inc.
333 E. Franklin Street
Richmond, VA 23219-2213

Mel Wheeler, Inc.
3934 Electric Road, Suite 101
Roanoke, VA 24018-4513

Mel Wheeler, Inc.
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Meredith Corp.
1716 Locust Street
Des Moines, IA 50309-3023

Mitel Leasing Inc
1140 West Loop North
Houston, TX 77055-7218

Mitel Net Solutions
Diana Cline
Mitel Networks
7300 W Boston St
Chandler, AZ 85226-3229

Morris Communications
725 Broad Street
Augusta, GA 30901-1336

Morris Multimedia
27 Abercorn
Savannah, GA 31401-2715

Neilsen Media Research
150 N Martingale Road
Schaumburg, IL 60173-2076

Newport Television LLC
460 Nichols Rd.
Suite 250
Kansas City, MO 64112-2047

Nielsen Media Research
c/o Teller, Levit & Silvertrust, P.C.
11 East Adams - Suite 800
Chicago, IL 60603-6324

Northwestern Memorial Hospital
Trisha M Rich
131 S Dearborn 30th Floor
Chicago, IL 60603-5517

Office of the General Counsel
240 W. Ontario St., Suite 500
Chicago, IL 60654

Pacific & Southern Co.
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Paula Gazarkiewicz
Portfolio Strategy & Leasing Mgr
251 E Huron Street
Chicago, IL 60611-2908

Pitney Bowes
Inside Sales Group
27 Waterview Drive
Shelton, CT 06484-4301

RachelRayMag/Peggy Casson
c/o Readers Digest Assoc.
Reader's Disgest Rd.
Pleasantville, NY 10570-7000

Raycom Media, Inc.
RSA Tower, 20th Floor
201 Monroe Street
Montgomery, AL 36104-3735

Rubel & Flitman
Certified Public Accountants
550 Frontage Road
Northfield, IL 60093-1202


SMY Media Inc
1140 West Loop North
Houston, TX 77055-7218

SQAD Inc.
303 S. Broadway, Suite 210
Tarrytown, NY 10591-5400

STRATA Marketing Inc.
30 W. Monroe St., #1900
Chicago, IL 60603-2408


(c)SARKES-TARZIAN, INC.
120 W 7TH ST STE 400
BLOOMINGTON IN  47404-3869

Scripps Network dba FoodNetwork
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

Seattle's Child
Daily Herald Publications
4303 198th St. SW
Lynnwood, WA 98036-6725


Siete Dias
12005 NE 12th St.
Bellevue, WA 98005-2420

Southern Progress
2100 Lakeshore Dr.
Birmingham, AL 35209-6721

Southern Progress Co.
C/O Atlas & Leviton
1701 Golf Rd., Suite 2-100
Rolling Meadows, IL 60008-4247


St. Louis Post-Dispatch Publishing
900 Tucker Blvd.
Saint Louis, MO 63101-1099

Stein & Rotman
105 W. Madison St.
Attn: Stuart Stein
Chicago, IL 60602-4602

Stein & Rotman
105 W. Madison St.
Chicago, IL 60602-4602


Stein & Rotman
Attn: Stuart Stein
105 W. Madison St.
Chicago, IL 60602-4602

Suburban Journals of Greater
St. Louis
#2 Executive Drive
Collinsville, IL 62234-6120

Teller Levit & Silvertrust, P.C.
11 E. Adams St., 8th Floor
Chicago, IL 60603-6324


The Commercial Agency
c/o The News Tribune
PO Box 23909
Portland, OR 97281-3909

The Lamar Companies
5551 Corporate Blvd
Suite 2-A
Baton Rouge, LA 70808-2541

The Lamar Companies
Lamar Advertising Company
Attn Credit Department
PO Box 66338
Baton Rouge, LA 70896-6338


The Neilsen Company (US) LLC
150 N. Martingale Road
Schaumburg, IL 60173-2076

Time Warner, Inc.
1271 Avenue of the Americas
New York, NY 10020-1393

Titan Outdoor
125 S Wacker Dr #1910
Chicago, IL 60606-4419


Titan Outdoor LLC
850 Third Ave 2nd Floor
New York, NY 10022-6222

Tribune Co.
435 N. Michigan Ave.
Chicago, IL 60611-4024

US Banker
SourceMedia
55 Broadway, 10th Floor
New York, NY 10006-3755


Univision
3102 Oak Lawn Ave.
Suite 215
Dallas, TX 75219-4259

WANE TV
2915 W. State Blvd.
Fort Wayne, IN 46808-1803

WAWS TV
11700 Central Parkway, #2
Jacksonville, FL 32224-2600

WAXN TV
1901 N. Tryon St.
Charlotte, NC 28206-2733

WBBH TV
3719 Central Ave.
Fort Myers, FL 33901-8220

WBBM-AM
Two Prudential Plaza, #1100
Chicago, IL 60601

WCBD TV
210 W. Coleman Blvd.
Mount Pleasant, SC 29464-3426

WCBI TV
1 Television Place
Charlotte, NC 28205-7098

WCCB TV
1 Television Place
Charlotte, NC 28205-7098

WDEF-AM
2615 Broad St.
Chattanooga, TN 37408-3100

WFLA TV
200 S. Parker St.
Tampa, FL 33606-2308

WFLA Television   (78)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WFLD TV
205 N. Michigan Ave.
Chicago, IL 60601-5927

WFLI TV
2605 Yeager Road
Lafayette, IN 47906-1337

WFTV
c/o Weltman, Weinberg & Reis
180 North LaSalle Street, Ste. 2400
Chicago, IL 60601-2704

WPTV TV
490 E. South St.
Orlando, FL 32801-2816

WFXR TV
2618 Colonial Ave. SW
Roanoke, VA 24015-3834

WLS TV
190 N. State St., 10th Floor
Chicago, IL 60601-3351

WLS Television
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

WLTX TV
6027 Garners Ferry Road
Columbia, SC 29209-1304

WNCN-TV
1205 Front St.
Raleigh, NC 27609-7526

WNDU-TV
54516 State Road 933
South Bend, IN 46637-3357

WNDV-TV
Gray Television Group Inc
1801 Halstead Boulevard
Tallahassee, FL 32309-3431

WOGT-FM
821 Pineville Rd.
Chattanooga, TN 37405-2601

WOJO-FM
625 N. Michigan AVe., 3rd Floor
Chicago, IL 60611-2132

WOLO-TV
5807 Shakespeare Rd
Columbia, SC 29223-7209

WOOD-TV
120 College Ave. SE
Grand Rapids, MI 49503-4488

WPBF-TV
3970 RCA Boulevard, #7007
Palm Beach Gardens, FL 33410-4295

WPEC-TV
1100 Fairfield Dr.
West Palm Beach, FL 33407-2391

WPMI-TV
661 Azalea Rd.
Mobile, AL 36609-1515

WRCB TV
900 Whitehall Rd.
Chattanooga, TN 37405-3249

WRCB Television   (204)
c/o Szabo Associates, Inc.
3355 Lenox Road NE, 9th Floor
Atlanta, GA 30326-1394

WREV TV
11700 Central Parkway, #2
Jacksonville, FL 32224-2600

WRVA TV
1359 Rd. 681
Tupelo, MS 38801

WSB TV
1601 W. Peachtree St. NE
Atlanta, GA 30309-2641

WSCR-AM
22603 Network Place
Chicago, IL 60673-1226

WSET TV
2320 Landhorne Rd.
Lynchburg, VA 24501-1547

WSKZ-FM
821 Pineville Rd.
Chattanooga, TN 37405-2601

WSLS TV
401 3rd Street
Roanoke, VA 24011-1552

WSOC TV
1901 North Tryon Street
Charlotte, NC 28206-2700

WSOC TV dba WAXN
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

WSOC Television
c/o Stein & Rotman
105 W. Madison St. #600
Chicago, Il 60602-4672

WTEV TV
1070 E. Adams St.
Jacksonville, FL 32202-1902

WTVA, Inc.
1959 Rd 681
Tupelo, MS 38801

WTVA, Inc.
C/o Stein & Rotman
105 W. Madison St. #600
Chicago, IL 60602-4672

WTVC TV
4279 Benton Dr.
Chattanooga, TN 37406-1284

WTVD TV
411 Liberty Street
Durham, NC 27701-3407

WTVT TV
3213 W. Kennedy Blvd.
Tampa, FL 33609-3092

WUSY-FM
7413 Old Lee Highway
Chattanooga, TN 37421-1142

WWL TV
1024 North Rampart St.
New Orleans, LA 70116-2487

WWL Television
c/o Stein & Rotman
105 w. Madison St. #600
Chicago, IL 60602-4672

WWMT-TV
590 W. Maple St.
Kalamazoo, MI 49008-1990

WZVN TV
3719 Central Ave.
Fort Myers, FL 33901-8220

WZZM-TV
8253 Ronson Road
Grand Rapids, MI 49544

Waterman Broadcasting Corp.
3719 Central Ave.
Fort Myers, FL 33901-8220

Windhma Professionals
382 Main St.
Salem, NH 03079-2412

Woman's Lifestyle Magazine
820 Monroe, NW, Suite 320
Grand Rapids, MI 49503-1492

XETV TV
8253 Ronson Road
San Diego, CA 92111-2066

eTelmar USA Corp
470 Park Avenue South ; 15th Floor
New York, NY 10016-6819

newstribune.com
1950 S. State St.
Tacoma, WA 98405-2817

Arnold Flitman
Rubel and Flitman
550 Frontage Road
Northfield, IL 60093-1202

Michael D Weis
Williams, Bax & Saltzman
221 N LaSalle Street
Suite 3700
Chicago, IL 60601-1508

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                )
                                                       )        Case No. 10-28793
SMY MEDIA, INC, an Illinois corporation,               )        Chapter 11
                                                       )        Judge Carol A. Doyle
        debtor/debtor-in-possession.                   )

## MOTION FOR ENTRY OF FINAL DECREE

Now comes SMY MEDIA, INC, an Illinois corporation, confirmed debtor herein

("Debtor"), by its atorneys, Scott R. Clar and the law firm of Crane, Heyman, Simon, Welch

& Clar, and in support of his Motion for Entry of Final Decree, respectfully states as follows:

1.      On June 28, 2010, the Debtor filed a voluntary petition for relief under

Chapter 11 of the Bankruptcy Code (the "Petition Date").

2.      Since the Petition Date, and continuing through and including confirmation

of the Debtor's Plan on April 21, 2011, the Debtor has operated its business and managed

its financial affairs as a debtor-in-possession.  (Check date)

3.      No committee of unsecured creditors, trustee or examiner has been

appointed to serve in the Debtor's reorganization case.

4.      The Debtor is an Illinois corporation operates a media planning and buying

business, and is located at 211 E. Ontario St., Suite 900, Chicago, Illinois 60611.

5.      The Debtor's Plan has been substantially consummated within the meaning

of Section 1101(2) of the Bankruptcy Code.  Unsecured creditors have received their first

distribution under the Plan, and the Debtor has also made payments to Northwestern

Memorial Hospital pursuant to an Agreed Order assuming the Debtor's lease with

Northwestern Memorial Hospital and curing the pre-petition arrearage thereunder.

6. The Debtor respectfully requests the entry of a Final Decree pursuant to Rule 3022 of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, for the foregoing reasons, SMY MEDIA, INC, an Illinois corporation, prays for the entry of a Final Decree closing this Chapter 11 case and for such other relief as may be just and appropriate.

Respectfully Submitted,

SMY MEDIA, INC,
debtor/debtor-in-possession

By: /s/ Scott R. Clar

**DEBTOR'S COUNSEL**:
SCOTT R. CLAR, ESQ.
(Atty. No. 06183741)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
\mjo\SMY Media\Final Decree.mot and NOM - amended.wpd